UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1010MJD/RLE

UNITED STATES OF AMERICA,
Plaintiff,

v.

WAYNE K. CUMMINGS,
Defendant,

and

FIRST TIER BANK & TRUST,
Garnishee.

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Wayne K. Cummings, Social Security Number, XXX-XX-8592, with the last known address of XXXX, Salamanca, NY 14779.

The judgment was entered on June 2, 2000, for Student Loan defaults. The judgment was entered in the amount of $4,553.42, plus interest and costs.

As of September 26, 2005, after applying payments, if any, the balance on this judgment debt was $5,669.72 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of

SCANNED
U.S. DISTRICT COURT DULUTH

10% of the total debt due. Interest on the principal balance is accruing from September 26, 2005, at a rate of 6.375% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: First Tier Bank & Trust, 107 Main Street, Salamanca, NY 14779

Dated: September 27, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

September 26, 2005

RECEIVED SEP 29 2005

The Honorable Raymond L. Erickson
United States Magistrate Judge
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

RE: United States v. Wayne K. Cummings
Civil No. 00-1010MJD/RLE

Dear Magistrate Judge Erickson:

Enclosed for review by you and the Clerk of Court, relative to the above-referenced case, please find a Writ of Continuing Garnishment, Claim for Exemption Form, Clerk's Notice of Post-Judgment Garnishment and the original and two copies of the Government's Application for Writ of Continuing Garnishment.

As soon as we receive the Writ, authorized by you and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

We are providing you with these documents because the Federal Debt Collection Procedures Act indicates that the Magistrate Judges may be given the authority to handle all procedures under the Act. See 28 U.S.C. §3008.

If you have any questions or concerns relative to this procedure, please contact me at 664-5630.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures