UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1010 MJD/RLE

United States of America,

Plaintiff,

vs. GARNISHMENT ORDER

Wayne K. Cummings,

Defendant,

First Tier Bank & Trust,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The defendant's location is unknown. At the request of the United States, it is --

ORDERED:

That the Writ of Garnishment signed by the Court on September 29, 2005, is hereby released.

Dated: November 29, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE