UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. 00-1010 MJD/RLE

UNITED STATES OF AMERICA,

Plaintiff,

vs. **GARNISHMENT ORDER**

WAYNE K. CUMMINGS,

Defendant,

YMCA OF OLEAN,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The defendant's location is unknown. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED:

That the Writ of Garnishment served on November 16, 2005, is hereby released.

Dated: December 7, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE